**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Michael Roy ROBERSON,**
**Defendant–Appellant.**

**No. 14–11011**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 28, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

R. 47.5.4.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Michael Roy Roberson, Three Rivers, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Michael Roy Roberson has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Roberson has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Roberson's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, ––– U.S. ––––, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Roberson's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Roberson's second request for the appointment of substitute counsel

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.